Howard J. Russell, Esq.
Nevada Bar No. 8879
hrussell@wwhgd.com
Marisa Rodriguez, Esq.
Nevada Bar No. 13234
mrodriguez@wwhgd.com
WEINBERG, WHEELER, HUDGINS,
 GUNN & DIAL, LLC
6385 S. Rainbow Blvd., Suite 400
Las Vegas, Nevada 89118
Telephone: (702) 938-3838
Facsimile: (702) 938-3864

*Attorneys for Defendants*
*CRST Expedited, Inc. and Edgar Zelaya*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NANCY RANSOM, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>CRST EXPEDITED, INC., an Iowa corporation qualified to conduct business in Nevada, EDGAR ZELAYA, an individual, and DOES 1 through 10, and ROE CORPORATIONS I through 10, inclusive,<br><br>    Defendants. | Case No.: 2:18-cv-01751-JCM-VCF<br><br>**STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE** |

The parties hereto, by and through their undersigned counsel, hereby stipulate to dismissal of this action, without prejudice.

///

///

///

///

///

///

///

All parties are to bear their own costs and fees.

SO STIPULATED:

DATED this 1ˢᵗ day of October, 2018.

*/s/ Howard J. Russell*
Howard J. Russell, Esq.
Marisa Rodriguez, Esq.
WEINBERG, WHEELER, HUDGINS,
　GUNN & DIAL, LLC
6385 S. Rainbow Blvd., Suite 400
Las Vegas, NV 89118

*Attorneys for Defendants
CRST Expedited, Inc. and Edgar Zelaya*

DATED this 1ˢᵗ day of October, 2018.

*/s/ Daniel E. Carvalho*
Daniel E. Carvalho, Esq.
ROGERS, MASTRANGELO, CARVALHO &
MITCHELL
300 S. Fourth St., Suite 710
Las Vegas, NV 89101

*Attorney for Plaintiff*

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: October 2, 2018

Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC
6385 S. Rainbow Blvd., Suite 400
Las Vegas, Nevada 89118
(702) 938-3838